# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

**UNITED STATES OF AMERICA**

**v.**

**IHOR KOZENYATKO,**

                          **Defendant.**

**Criminal Action No. 06-CR-385 (FJS)**

*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 06-CR-385 against Ihor Kozenyatko, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _x_ Other: <u>Interests of justice</u>

With respect to this dismissal, defendant (check one):

__X__  Consents

____  Objects

____  Has not been consulted

This dismissal is without prejudice.

> GLENN T. SUDDABY
> United States Attorney
>
> By:  Edward R. Broton
> Assistant U.S. Attorney
> Bar Roll No. 101230

Leave of court is granted for the filing of the foregoing dismissal.

Dated:  February 21, 2007
Syracuse, New York

Hon. Frederick J. Scullin, Jr.
Senior United States District Court Judge

2